UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
JOAQUIN IRWIN FOY,                  :
                                    :
        Petitioner,                 :   Civ. No. 15-1869 (NLH)
                                    :
    v.                              :   ORDER
                                    :
THE SUPER-RICH MEMBERS OF           :
    THE ILLUMINATI, et al.,         :
                                    :
        Respondents.                :
_____:

   For the reasons expressed in the accompanying Opinion,

   IT IS on this 7th day of April, 2015,

   ORDERED that his matter be, and the same hereby is, DISMISSED; and it is further

   ORDERED that if Petitioner wishes to file a habeas petition he must do so in the appropriate jurisdiction; and it is further

   ORDERED that in light of the Court's dismissal of this Petition for lack of jurisdiction, Petitioner's request for pro bono counsel and an evidentiary hearing are moot; and it is further

   ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

                                    ___s/ Noel L. Hillman_____
                                    NOEL L. HILLMAN
At Camden, New Jersey               United States District Judge